UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jasper Brooks,

                Plaintiff,

-against-

National Railroad Passenger Corporation,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2020

1:19-cv-06170 (JPO)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled before Magistrate Judge Stewart Aaron (*see* ECF No. 12) is adjourned at the request of the parties until Thursday, April 2, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED:    New York, New York
             January 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge