UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jasper Brooks,

                     Plaintiff,

-against-

National Railroad Passenger Corporation,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020

1:19-cv-06170 (JPO)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

At the request of the parties (*see* ECF No. 25), the settlement conference scheduled for July 27, 2020 is adjourned *sine die*. No later than August 3, 2020, the parties shall file a joint letter proposing alternative dates for the conference to occur.

**SO ORDERED.**

DATED:    New York, New York
             July 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge