UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――
JASPER BROOKS,

                        Plaintiff,

      -v-

NATIONAL RAILROAD PASSENGER
CORPORATION,

                        Defendant.
―――――――――――――――――――――――――――――

19-CV-6170 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The jury trial in this case is hereby scheduled to commence on Monday, February 13, 2023, at 9:30 a.m., in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square.  A final pretrial conference will take place on Friday, February 3, 2023, at 2:00 p.m.  A joint pretrial order, any motions in limine, proposed voir dire, and proposed jury instructions shall be filed by January 20, 2023.  Responses to motions in limine shall be filed by January 27, 2023.

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge