UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASPER BROOKS,<br><br>                    Plaintiff,<br><br>       -v-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                    Defendant. | 19-CV-6170 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

The trial scheduled to begin February 13, 2023, and all filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: January 20, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge